Anna Elizabeth Kalluri, Assistant U.S. Attorney, Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

James Scott Sullivan, Esq., Law Offices of J. Scott Sullivan, San Antonio, TX, for Defendant-Appellant

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

Gerardo Omar Franco-De La Cruz appeals the 58-month sentence imposed on his guilty plea conviction of possession with intent to distribute marijuana. Because Franco-De La Cruz did not alert the district court to the specific issues he now raises on appeal, we review for plain error. *See United States v. Neal*, 578 F.3d 270, 272 (5th Cir. 2009).

First, Franco-De La Cruz argues that the district court improperly limited the extent of his downward departure by considering improper factors. *See United*

*States v. Desselle*, 450 F.3d 179, 182 (5th Cir. 2006). If we assume without deciding that the district court's comments at sentencing reflect a clear or obvious error, we nonetheless conclude that Franco-De La Cruz has not shown that the error affected his substantial rights. *See United States v. Escalante-Reyes*, 689 F.3d 415, 424 (5th Cir. 2012) (en banc); *United States v. Malone*, 828 F.3d 331, 341 (5th Cir.), *cert. denied*, — U.S. —, 137 S.Ct. 526, 196 L.Ed.2d 408 (2016) (finding harmless error where the district court merely "muddled the steps" in formulating the sentence).

Second, Franco-De La Cruz disagrees with how the district court balanced the pertinent § 3553(a) sentencing factors. We perceive no reversible error. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *Malone*, 828 F.3d at 342 & n.41.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Sunday Quincy USOH, Defendant-Appellant**

**No. 17-40730
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 14, 2018

---

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Sunday Quincy Usoh, Pro Se

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Sunday Quincy Usoh has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Usoh has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Usoh's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.